EDWARD F. KRUSE and GITHA M. KRUSE, Respondents, v. JOHN CRUIKSHANK,

Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.